# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00737-CV

**J. L. D. and W. A., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-14-000526, THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant W. A. filed her notice of appeal on December 4, 2015. The appellate record was complete December 9, 2015, making appellant's brief due December 29, 2015. To date, W.A.'s brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order Leigh Mathews Rodriguez to file appellant's brief no later than January 26, 2016. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 11, 2016.

Before Justices Puryear, Goodwin and Field